201704087
reg

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| IN RE: | Case No. 17-20331 |
| JEFFREY A CARROLL<br>SUSAN K CARROLL,<br><br>Debtors | Chapter 13<br><br>Chief Judge Tracey N. Wise<br><br>**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF MTGLQ INVESTORS, LP FILED ON NOVEMBER 10, 2017, DOCKET NO. 24 (PROPERTY ADDRESS: 21 FERNDALE COURT, COVINGTON, KY 41017)** |

This matter came to be considered on the Motion for Relief from the Automatic Stay (the "Motion") filed on November 10, 2017 Docket No. 24 by MTGLQ Investors, LP("Movant") regarding the property located at 21 Ferndale Court, Covington, KY 41017.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, the terms of which are set forth as follows: The post-petition arrearage due as of January 9, 2018, is $9,366.09, which amount consists of:

Post Petition Payments:

| **Amount** | **Date Due** |
|---|---|
| $965.01 | April 01, 2017 |

        $965.01        May 01, 2017
        $965.01        June 01, 2017
        $965.01        July 01, 2017
        $965.01        August 01, 2017
        $965.01        September 01, 2017
        $965.01        October 01, 2017
        $965.01        November 01, 2017
        $965.01        December 01, 2017

and $500.00 for attorney fees associated with the Motion and $181.00 incurred herein for filing the Motion.

In order to cure the post-petition arrearage, Debtor shall make the following lump sum payment to Movant on or before the date specified herein as follows:

Lump Sum Payment:

| Amount | Date Due |
|---|---|
| $9,366.09 | January 31, 2018 |

Said lump sum payment is in addition to the regular monthly mortgage payment due and owing for said month. All payments shall be tendered to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051**

This payment address is subject to change.

Failure by the Debtor to make any payment described above shall constitute a default.

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due January 1, 2018. Failure by the Debtor to make any payment within 15 days of the date due shall constitute a default.

2. Upon the existence of a default, Movant's counsel shall send Debtor and counsel for

Debtor a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court

3. If the default is not cured within that 10-day period, then upon the filing of a Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely made.

SO ORDERED

SUBMITTED BY: /s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

Joel K. Jensen, Case Attorney
KBA No. 81820
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
ekybk@lsrlaw.com
Attorneys for Movant

APPROVED BY:

/s/ Michael E Plummer
Michael E Plummer, Counsel for Debtor(s)
11 West 6th Street
Covington, KY 41011
Plummer50@gmail.com
Attorney for Debtor(s)

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P.O. Box 2204
Lexington, KY 40588-2204
606 233 2608
Notices@Ch13EDKY.com

COPIES TO:

Joel K. Jensen - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
ekybk@lsrlaw.com
VIA ELECTRONIC SERVICE

Beverly M. Burden - Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com
VIA ELECTRONIC SERVICE

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Michael E Plummer, Esq. – Attorney for Debtors
11 West 6th Street
Covington, KY 41011
Plummer50@gmail.com
VIA ELECTRONIC SERVICE

Jeffrey A Carroll
21 Ferndale Court
Covington, KY 41017

Susan K Carroll
21 Ferndale Court
Covington, KY 41017

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, January 19, 2018**
**(tnw)**